UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BENJAMIN GOLDEN,

                           Plaintiff,

    -against-

THE CITY OF NEW YORK, NEW YORK
CITY DEPARTMENT OF CORRECTIONS,

                           Defendants.
------------------------------------------------------------x

ECF Case

08 Civ. 6975 (GBD)(GWG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

    CHARLES COHEN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action and reside in Queens County.

2. On August 5, 2008, at approximately 4:34 PM, I served the Summons, Complaint, Individual Practices of Judge George B. Daniels and Magistrate Judge Gabriel W. Gorenstein and Electronic Case Filing Rules & Instructions on Defendant City of New York by appearing at the 4th Floor of the New York City Law Department at 100 Church Street, New York, New York 10007 and handing a true copy of each document to Madelyn Santana, Docket Clerk, who informed me that she was authorized to accept service on behalf of the City of New York and who affixed an official stamp to the front page of each document.

3. Ms. Santana is a female Hispanic approximately 30-35 years old, with black hair and standing approximately 5' 3" tall and weighing approximately 125 pounds.

                                                                  Charles Cohen

Sworn to before me this
6th day of August, 2008.

_____
Notary Public

SONJA L. PINEDA
Notary Public, State of New York
No. 01PI6172910
Qualified in New York County
Commission Expires August 20, 20__