

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRADFORD C. PATRICK
*Assistant Corporation Counsel*
Tel (212) 788-1575
Fax (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

August 25, 2008

SO ORDERED,

*[signature: George B. Daniels]*
HON. GEORGE B. DANIELS
AUG 2 6 2008

BY FAX at (212) 805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Golden v. City of New York, et al., 08 CV 6975 (GBD)

Dear Judge Daniels:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants the City of New York ("City") and the New York City Department of Correction ("DOC") in the above-referenced matter.[1] I am writing with the consent of plaintiff's counsel, Howard Adler, Esq., of the firm Kahn Gordon Timko & Rodriques, P.C., to respectfully request a sixty-day enlargement of time, from August 25, 2008 until October 24, 2008, within which defendants may answer or otherwise respond to the complaint. This is defendants' first request for an enlargement of time in this action. Defendants respectfully note that an initial conference in this matter is currently scheduled for November 18, 2008 at 9:30 a.m.

    The complaint alleges, inter alia, that plaintiff was the victim of an inmate-on-inmate assault while incarcerated at Rikers Island. Before this office can adequately respond to the complaint, we will need to do an investigation into the facts of the case in order to comply with Fed. R. Civ. P. 11. The enlargement of time will afford us the opportunity to investigate the matter.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendant City's time to answer or otherwise respond to the complaint until October 24, 2008.

---

[1] Defendants respectfully submit that DOC is not a suable entity.

Thank you for your consideration in this regard.

Respectfully submitted,

Bradford C. Patrick
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX at (212) 571-4070
Howard Adler, Esq.
Kahn Gordon Timko & Rodriques, P.C.
Attorneys for Plaintiff
20 Vesey Street, Suite 300
New York, NY 10007

2